1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ERIC LINELL SHELMIRE,                        No.  2:16-cv-2667 DB P

12                    Petitioner,

13          v.                                      ORDER AND FINDINGS AND
                                                    RECOMMENDATIONS
14    JOE LIZZARAGA,

15                    Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis

19   pursuant to 28 U.S.C. § 1915.

20          Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford

21   the costs of suit.  Accordingly, the request for leave to proceed in forma pauperis is granted.  See

22   28 U.S.C. § 1915(a).

23          The court's records reveal that petitioner has previously filed an application for a writ of

24   habeas corpus attacking the conviction and sentence challenged in this case.  The previous

25   application was filed on May 15, 2006, and was denied on the merits on July 30, 2009.   Before

26   petitioner can proceed with the instant application, he must move in the United States Court of

27   Appeals for the Ninth Circuit for an order authorizing the district court to consider the

28   application.  28 U.S.C. § 2244(b)(3).  Therefore, petitioner's application must be dismissed

                                                   1

1  without prejudice to its re-filing upon obtaining authorization from the United States Court of

2  Appeals for the Ninth Circuit.

3          In accordance with the above, IT IS HEREBY ORDERED that

4          1.  Petitioner's application to proceed in forma pauperis (ECF No. 2) is granted; and

5          2.  The Clerk of the Court is directed to assign a district judge to this action.

6          Further, IT IS RECOMMENDED that this action be dismissed without prejudice.

7          These findings and recommendations are submitted to the United States District Judge

8  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

9  after being served with these findings and recommendations, petitioner may file written

10  objections with the court.  The document should be captioned "Objections to Magistrate Judge's

11  Findings and Recommendations."  Petitioner is advised that failure to file objections within the

12  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

13  F.2d 1153 (9th Cir. 1991).

14  Dated:  March 8, 2017

15

16

17                                          DEBORAH BARNES
                                            UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22  DLB:9
    DLB1/prisoner-habeas/Shel2667.succ
23

24

25

26

27

28

                                            2